Nancy Giandana, Individually and as Administratrix of the Estate of Anna E. Demuth, Deceased, Respondent, v Providence Rest Nursing Home et al., Defendants. Providence Rest Nursing Home, Third-Party Plaintiff, v Ramar Services, Inc., Third-Party Defendant, and Becky Akosah, Third-Party Defendant-Appellant.

Submitted April 30, 2007; decided June 5, 2007

Motion for reargument denied [*see* 8 NY3d 859].

Judge Jones taking no part.

ITC Limited et al., Appellants, v Punchgini, Inc., et al., Respondents.

Submitted May 14, 2007; decided June 5, 2007

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge Kaye and Judges Ciparick, Graffeo, Read, Smith, Pigott and Jones.

Betty Kolnacki, Appellant, v State of New York, Respondent. (Claim No. 103121.)

Submitted April 16, 2007; decided June 5, 2007

Motion for reargument denied [*see* 8 NY3d 277].

Judges Pigott and Jones taking no part.